

**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
March 7, 2016

Mr. Gregory Michael Ledet
8960 Francine Lane
Powell, OH  43065

SUBJECT: Firearm Appeal
National Instant Criminal Background Check
System (NICS) Transaction
Number (NTN)-35DBLNV

Dear Mr. Ledet:

This letter is in response to your inquiry concerning your NICS transaction identified above. A search resulting in a "deny" indicates the subject of the background check matches a prohibiting record containing a similar name and descriptive feature(s). The reason for denial is under the following prohibition:

- Title 18, United States Code, Sections 921(a)(20) and 922(g)(1): A person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year or any state offense classified by the state as a misdemeanor and is punishable by a term of imprisonment of more than two years.

If you have not supplied this information already and you wish to challenge the accuracy of the denial, you may submit certified court documents pertaining to the prohibiting record, or you may submit a set of your rolled fingerprints. A downloadable fingerprint card is available at <www.fbi.gov/nics-appeals> and may be submitted to the FBI Criminal Justice Information Services Division, National Instant Criminal Background Check System Section, Appeal Services Team, Post Office Box 4278, Clarksburg, West Virginia 26302-4278. The documents submitted will not be returned.

Please be sure to include your NTN with your fingerprint card and documentation. Failure to do so will only delay your request.

NICS Section
CJIS Division

Exhibit "B"