

Forms

Home • NICS Appeal Request Form • Process Complete

## Thank you, your appeal has been successfully submitted.

The AST will respond to your initial appeal request by providing you with the general reason for denial within five business days.

If you have additional information (e.g., court documentation) to assist the AST in correcting or updating your record, you may mail it to:

Federal Bureau of Investigation

Criminal Justice Information Services Division

National Instant Criminal Background Check System Section

Appeal Services Team, Module A-1

Post Office Box 4278

Clarksburg, WV  26302-4278

*Please ensure any additional correspondence/submissions contain your NTN or STN.*

In cases involving criminal history records, if fingerprints are not submitted along with your initial appeal request, you may subsequently be *required* to submit your fingerprints to establish positive proof of your identity.

For additional appeal questions, please contact the NICS Section's Customer Service at 1-877-FBI-NICS (324-6427).

I wish to request the reason for my denial.
1

First
Gregory

Middle
M.

Last
Ledet

Cadence

State of Purchase:
Ohio

NTN/STN 1
36249ZT

NTN/STN 2

NTN/STN 3

NTN/STN 4

NTN/STN 5

NTN/STN 6

NTN/STN 7

NTN/STN 8

NTN/STN 9

NTN/STN 10

Address Line 1
8960 Francine Ln

Address Line 2

City
Powell

State
Ohio

Zip
43065

Telephone Number:

Exhibit "C"

Telephone Number:
9853608283

E-Mail Address:
gregoryledet@gmail.com

Appellant Questions/Concerns:

Attachment 1
image/png: 9573320 bytes

Attachment 2
application/pdf: 1149502 bytes

Attachment 3
No Input

Attachment 4
No Input

Captcha
x

This form has been submitted.