SCANNED

GEORGE J. LARKE, JR.
JUDGE - DIVISION "A"

ARR: 10-11-05 "A"

No. 462,006 05F

32ND JUDICIAL DISTRICT COURT

PARISH OF TERREBONNE

STATE OF LOUISIANA

VS.

GREGORY MICHAEL LEDET
W/M DOB: 11-15-76

INFORMATION FOR

Theft under 300

COUNT ONE: ~~COMPUTER FRAUD~~

COUNT TWO: ~~THEFT OVER $500~~

Theft under 300 per CE D to pay restitution 1/12/06

Filed OCT 5 2005, 2____

__________ Dy Clerk

ARREST

"I hereby certify that the above and foregoing fingerprints on this bill are the fingerprints of defendant, and that they were placed thereon by said defendant this ______ day of __________________, 2_______."

TERREBONNE PARISH SHERIFF'S OFFICE
CRIME LAB

I HEREBY CERTIFY THAT:
The accused has made bond on the charge on 8-18-05
OCT 06 2005

SCANNED

Dy. Clerk of Court
Parish of Terrebonne, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. March 16, 2016
BY __________
Clerk of Court

Exhibit "D"

**-WEDNESDAY, FEBRUARY 13TH, 2008-**

On Wednesday, February 13th, 2008, pursuant to adjournment, Court met at the Courthouse in the City of Houma, Louisiana, at 9:10 o'clock a.m.

Present: His Honor George J. Larke, Jr., Judge, Division "A", presiding.

STATE OF LOUISIANA
VS
GREGORY M LEDET

**CASE #: 05-FELY-462006**

CHARGE:
COUNT 1: THEFT UNDER 300 (AS AMENDED)
COUNT 2: THEFT UNDER 300 (AS AMENDED)

The Rule to Show Cause Why Probation Should Not Be Revoked was this day called.
The Court ordered rule terminated satisfactory.

A true copy hereof of the minutes of the 32nd Judicial District Court Dated 2-13-08
In testimony whereof, witness my hand and official seal, this 16th day of March, 2016
at Houma, Louisiana.
Division A, Judge Larke presiding.
Theresa A. Robichaux
Deputy Clerk of Court

**CHARGE: COUNT NO. 1 – COMPUTER FRAUD**
**COUNT NO. 2 – THEFT OVER $500**

The accused, Gregory Michael Ledet, was called before the bar of the Court and appeared in the presence of his attorney, Mr. Alexander L. Doyle of the Indigent Defenders Board, and in the presence of the Assistant District Attorney, Mr. Matthew H. Hagen.

The Assistant District Attorney amended the Bill of Information to charge the accused with the crimes of Count No. 1 "Theft Under $300", and Count No. 2 "Theft Under $300".

The accused, in the presence of his attorney, was duly re-arraigned and tendered pleas of "Guilty" to Count No. 1 "Theft Under $300" as amended; and Count No. 2 "Theft Under $300" as amended.

Whereupon, after having had his say, the accused was sentenced to the following, to-wit:

Count No. 1 – That the accused be imprisoned in the Parish Jail for a period of six (6) months, to be served day for day, and to pay a fine of $500.00 and costs of Court, jail term suspended upon the payment of the fine and costs.

Further, the Court ordered that the accused be placed on supervised probation with the District Attorney's Office for a period of twenty-four (24) months, subject to the following, special conditions, to-wit:

1. That he pay a $25.00 enrollment fee to the District Attorney's Office, and report to said office within twenty-four hours of today.
2. That he pay $25.00 per month to the District Attorney's Office to defray costs of supervision.
3. That he attend Effective Decision Making classes.
4. That he attend the Money Smart Class.
5. That he write a letter of apology to the victims, as listed on the Bill of Information, and said letter are to be written within thirty day.
6. That he commit no crimes.
7. That he pay restitution in the amount of $5,845.00, made payable in twenty (20) equal monthly installments, with the first payment due thirty days from today. (Total restitution for Count Nos. 1 and 2).
8. That he remain gainfully employed, for at least a forty hour per work week.
9. That he $175.00 to the Office of the Indigent Defenders.

Count No. 2 – That the accused be imprisoned in the Parish Jail for a period of six (6) months, to be served day for day, and to pay a fine of $500.00 and costs of Court, jail term suspended upon the payment of the fine and costs.

Further, the Court ordered that the accused be placed on supervised probation with the District Attorney's Office for a period of twenty-four (24) months, subject to the following, special conditions, to-wit:

1. That he pay a $25.00 enrollment fee to the District Attorney's Office, and report to said office within twenty-four hours of today.
2. That he pay $25.00 per month to the District Attorney's Office to defray costs of supervision.
3. That he attend Effective Decision Making classes.
4. That he attend the Money Smart Class.
5. That he write a letter of apology to the victims, as listed on the Bill of Information, and said letters are to be written within thirty day.
6. That he commit no crimes.
7. That he pay restitution as listed in Count No. 1.
8. That he remain gainfully employed, for at least forty hour per work week.
9. That he $175.00 to the Office of the Indigent Defenders.

Further, the Court ordered that the jail terms in Count Nos. 1 and 2 are to run consecutive, and that the fines, costs of Court, Office of the Indigent Defenders Board's fees, and the probationary terms and conditions are to run concurrent.

Further, the Court ordered that the accused pay the fines and costs of Court within ninety days, and that he provide the Court with a receipt showing proof of payment by April 12, 2006, at 3:00 o'clock p.m.

The Court then handed the accused written instruction on how to enroll in said program.

A true copy hereof of the minutes of the 32nd Judicial District Court Dated 1-12-06,
In testimony whereof, witness my hand and official seal, this 16th day of March, 2016
at Houma, Louisiana.
Division A, Judge Larke presiding.

Deputy Clerk of Court

ARR: 11-16-98 DIV: "E"

**EDWARD J. GAIDRY**
**JUDGE - DIVISION A**

No. 319,403 ✓

32ND JUDICIAL DISTRICT COURT

PARISH OF TERREBONNE

STATE OF LOUISIANA

VS.

GREGORY MICHAEL LEDET

W/M DOB: [redacted]

**INFORMATION FOR**

theft under $100 —

~~FORGERY~~

dl 3/9/99

Filed NOV 12 1998, 19

[signature]

Clerk

ARREST

I HEREBY CERTIFY THAT:

☐ The accused has not made bond on the charge and remains in custody.

☒ The Clerk has searched diligently, and has been unable to find an appearance bond.

NOV 13 1998

Patricia G. Chauvin

Deputy Clerk of Court
Parish of Terrebonne
Houma, Louisiana

I HEREBY CERTIFY THAT:

1) The accused has made bond on the charge on Oct. 22, 1998

JUL 20 2004

Patricia G. Chauvin

Dy. Clerk of Court
Parish of Terrebonne, La.

"I hereby certify that the above and foregoing fingerprints on this bill are the fingerprints of defendant, and that they were placed thereon by said defendant this ________ day of ____________, 19___"

Terrebonne Parish Sheriff's Office
Crime Lab

I HEREBY CERTIFY THAT:

1) The accused has made bond on the charge on 10-22-98

1-6-05

Patricia G. Chauvin

Dy. Clerk of Court
Parish of Terrebonne, La.

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. March 16, 2016
BY Theriot A. Robichaux
Clerk of Court

A true copy hereof of the minutes of the 32nd Judicial District Court Dated 3-9-99
In testimony whereof, witness my hand and official seal, this 16th day of March, 2016
at Houma, Louisiana.
Division A Judge Guidry presiding.
Deputy Clerk of Court

**319403 - STATE OF LOUISIANA VS. GREGORY MICHAEL LEDET**

**CHARGE: FORGERY**

This matter was called in the presence of the accused and his attorney, Mr. Eldon R. Harrall, Jr. of the Indigent Defender Board, and the Assistant District Attorney, Mr. Carlos E. Lazarus, Jr.

The Assistant District Attorney amended the Bill of Information to charge the accused with the crime of "Theft Under $100.00".

The Court ordered that the trial set for March 15, 1999 be continued to March 19th, 1999, at 9:00 o'clock a.m., in Division "A", without further notice.

319403 - STATE OF LOUISIANA VS. GREGORY MICHAEL LEDET

**CHARGE: THEFT UNDER $100**

The accused was called before the bar of the Court in the presence of his attorney, Mr. Eldon R. Harrall, Jr. of the Indigent Defender Board, and in the presence of the Assistant District Attorney, Mr. Mark D. Rhodes.

Counsel for the accused waived the formal reading of the Bill of Information and upon being duly re-arraigned, said accused tendered a plea of "Guilty" to the amended charge.

Whereupon, after having had his say, the Court sentenced the accused to be imprisoned in the Parish Jail for six (6) months and to pay a fine of $350.00 and costs of Court.

Further, the Court ordered that the execution of the above sentence be suspended and the accused is placed on supervised probation with the District Attorney's Office for a period of eighteen (18) months, subject to the following special conditions, to-wit:

1. That he commit no crimes.
2. That he pay the fine and costs.
3. That he pay $150.00 to the Indigent Defender Board through the District Attorney's Office.
4. That he make restitution to Gayle Ledet in the sum of $2400.00 during probation.
5. That he not go to the residence of Gayle Ledet except for the return of his personal property and unless with a Sheriff's Deputy or City Police Officer and that he have no contact with her.
6. That he pay $25.00 per month to the probation office.

The accused was given instructions on how to enroll in the probation and a copy of same was filed.

The Court ordered that the fine is to be paid by March 22, 1999, at 4:00 o'clock p.m.

A true copy hereof of the minutes of the 32nd Judicial District Court Dated 3-18-99, In testimony whereof, witness my hand and official seal, this 16th day of March, 2016 at Houma, Louisiana.

Division A, Judge Gaidry presiding.

Theresa A. Robichaux
Deputy Clerk of Court