| | Final Disposition & Date<br>(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |
|---|---|
| **FBI No.**<br>213693XA3 | #319403-FORGERY(AMENDED TO THEFT UNDER $100<br>ON 3/9/99-<br>3/18/99-PLEAD GUILTY & SENTENCED TO 6 MONTHS<br>PARISH JAIL & $350.00 & COSTS, SUSPENDED AND<br>PLACED ON 18 MONTHS SUPERVISED PROBATION WITH<br>CONDITIONS. |
| Name on fingerprint Card Submitted to FBI<br>Last        First        Middle<br>LEDET , GREGORY | |
| Date of Birth ▇▇▇▇    Sex  M | |
| Henry<br>Fingerprint<br>Classification<br>From FBI 1-B Response | This Form Submitted By:<br>(Name, Title, Agency, ORI No., City & State) |
| State Bureau No. (SID)    Social Security No. (SOC)<br>UNKNOWN         ▇▇▇▇▇ | Clerk of Court<br>P.O. Box 1569<br>Houma, LA 70361-1569 |
| Contributor of Fingerprints (Include complete name and location of agency together with ORI number.)<br>SHERIFF'S OFFICE HOUMA | _Pamela D. Beaufour_    12/18/02<br>Signature        Date<br>DEPUTY CLERK OF COURT<br>Title |
| LA0550000 | |
| Arrest No. (OCA)     Date Arrested or Received<br>00052596         10/19/1998 | ☐ COURT ORDERED EXPUNGEMENT:<br>Certified or Authenticated Copy of Court Order Attached. |

Offenses Charged at Arrest

CHARGE 1-FORGERY _amended to theft u/$100 (misd.)_

PLEASE ADVISE TO CONVICTION LEVEL?

THANK YOU

ENDICOTT 4451

BROSCIUS/SUPERVISOR

9999284451

Exhibit "E"